# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE D. SCHREANE | |
| Petitioner, | No. 3:13-CV-2478 |
| v. | (JUDGE CAPUTO) |
| FEDERAL BUREAU OF PRISONS, | (MAGISTRATE JUDGE BLEWITT) |
| Respondents | |

## ORDER

**NOW** this 6th day of November 2013, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED.**

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge